UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

DONNA K. PEARSON, )
)
        Plaintiff, )
vs. ) 2:11-cv-0190-JMS-DKL
)
SOCIAL SECURITY ADMINISTRATION, et al., )
)
        Defendants. )

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The motions of attorney Rex Gradeless to appear *pro hac vice* and to be relieved of the obligation to pay the customary $30 fee for such admission are each **granted.**

2. To the extent the plaintiff might seek to assert a claim by or on behalf of Frank Pearson, she cannot. Mr. Pearson is not a party to this case.

3. t"Absent a waiver, sovereign immunity shields the federal government and its agencies from suit." *FDIC v. Meyer*, 510 U.S. 471, 475 (1994); *see also Lewis v. United States*, 492 F.3d 565, 572 (5th Cir. 2007)("In order to hale the federal government into a court proceeding, a plaintiff must show that there has been a valid waiver of sovereign immunity."). The defendants in this case include the Social Security Administration and its parent agency, the Health and Human Services Department. However, there is no indication that there has been a waiver of sovereign immunity as to the claims against these agencies. The plaintiff shall have through August 28, 2011, in which to show cause why claims against these federal agencies should not be dismissed.[1]

**IT IS SO ORDERED.**

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Date: 08/16/2011

---

[1] The court recognizes, of course, that 42 U.S.C. § 405(g) provides that "[a]ny individual, after any final decision of the Commissioner of Social Security made after a hearing to which he was a party, irrespective of the amount in controversy, may obtain a review of such decision by a civil action . . . in [a] district court of the United States." It does not appear that Donna Pearson is attempting to assert such a claim in this case.

DONNA K. PEARSON
23 Illinois Route 130
Greenup, IL 62428

Rex Gradeless
Illinois Attorney General's Office
rgradeless@atg.state.il.us